**WO**

**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Mario Pym, | ) | No. CV-08-1787-PHX-FJM |
| Petitioner, | ) | **ORDER** |
| vs. | ) | |
| Dora B. Schriro, et al., | ) | |
| Respondents. | ) | |

The court has before it petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (doc. 1), respondents' response (doc. 10), petitioner's reply (doc. 18), and the report and recommendation of the United States Magistrate Judge recommending that the petition be denied and dismissed with prejudice (doc. 19). No objection to the report and recommendation was filed and the time for doing so has lapsed.

The court accepts the recommended decision of the United States Magistrate Judge pursuant to Rule 8(b), Rules Governing § 2254 Cases. Therefore, **IT IS ORDERED DENYING** the petition for writ of habeas corpus (doc. 1).

DATED this 11th day of August, 2009.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge